### LIBEL PETER WELLS vs. SLOOP *Lidea*

was read

And Proclamation was made for any person or persons to come into Court and make answer to the aforesaid Libel and no person appeared. And the Court was adjourned untill further Notice.

### LIBEL PETER WELLS APPELLANT vs: SLOOP *Lydia* FOR WAGES

Newport July 20th 1752

COURT OF VICE ADMIRALTY The Libel being read and Solemn Proclamation made, for any person or persons to come into Court and make Answer thereto, and no person appearing a default was Enter'd: Wherefore after due consideration had upon the Premises. I find that after deductions made of one Months pay before Sailing, of Five Pounds receiv'd of the Owners Since the Arrival of the S^d Sloop at this Port and of the Allowance to Greenwich Hospital there remains due to the Appellant for the residue of his wages, the sum of One hundred Forty Four Pounds Eleven Shillings in Bills of Credit of the old Tenour It is therefore consider'd and Decreed that he the s^d Peter Wells Recover Against the s^d Sloop Lydia the afore S^d Sum of One hundred and Forty Four Pounds Eleven Shillings with Cost of Suit. And in Case the Owners or Master of the S^d Sloop or Some person on their behalf do not pay the Said Sum with Costs within the Space of Ten days from the date hereof it is further order'd and Decreed that the S^d Sloop, or so much of her Tackle and furniture as shall be Sufficient, be publickly Sold by the Marshall of this Court, after the usual notice being given of the time of Sale, and that he the S^d Marshall out of the money Arising from the s^d Sale pay and Satisfy the Appellant the afore S^d Sum, with Costs, returning the overplus thereof if any to the Owners.

S Wickham D: Judge